DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGEL CARRERAS-ARMSTRONG** and **KIM CARRERAS-ARMSTRONG,**
Appellants,

v.

**CHERYL CINNANTE,**
Appellee.

No. 4D16-3971

[December 7, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch IV, Judge; L.T. Case No. CACE15-003691 (05).

Brent F. Sibley of Sibley Law Firm, Aventura, for appellants.

Douglas H. Stein of Association Law Group, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***